No. 4760.—Torres Silva, apldo., *v.* Todd, aplte.—C. D. San Juan. ▦ Feb. 14, 1929.

Por cuanto, en el día de hoy esta Corte Suprema ha dictado sentencia en el recurso No. 4739, *Todd* v. *Asamblea Municipal,* revocando la apelada y resolviendo que la asamblea municipal, hallándose reunida en sesión extraordinaria y sin haberse especificado, el asunto en la convocatoria, no tenía derecho a iniciar y proseguir un procedimiento de *impeachment* contra el alcalde;

Por cuanto, el procedimiento de *impeachment* sobre que versa esta apelación es el mismo que fué iniciado y proseguido sin jurisdicción por la asamblea, continuando más tarde a virtud de la sentencia revocada, y

Por cuanto, siendo ello así, cae por su base la resolución final dictada por la asamblea declarando destituído de su cargo al alcalde, que es la apelada en este recurso:

Por tanto, se declara con lugar la apelación y se revoca la resolución apelada.

No. 4897.—American Colonial Bank of Porto Rico, apldo. *v.* Arabía de Goyco et al., apltes. ▦
C. D. Ponce. Feb. 19, 1929. Vista la moción que antecede sobre desestimación de la presente apelación, y apareciendo que el escrito de apelación fué notificado al abogado de la parte contraria y archivado en la corte de distrito el día veintitrés de agosto de 1928, sin que el apelante haya presentado en dicha corte de distrito ninguna exposición del caso o transcripción de la evidencia, ni haya solicitado prórroga alguna con tal fin ni hasta la fecha haya radicado en la secretaría de este tribunal la transcripción de autos o legajo de la sentencia, se declara con lugar dicha moción y en su consecuencia se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de Ponce con fecha 24 de julio de 1928.